UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION
-----------------------------------------------------------------------X
GUELMER RENDON,

                              Plaintiff(s),     Index No.: 07cv4510

  -against-                                   **NOTICE OF ADOPTION**

100 CHURCH, LLC, 45 WALL STREET LLC,     **1:21-MC-00102-AKH**
AMBIENT GROUP, INC., AMG REALTY
PARTNERS, LP, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORINGSTEAMATIC
CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF EDUCATION OF THE CITY
OF NEW YORK, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CUNNINGHAM DUCT
CLEANING CO., INC., DEPARTMENT OF
BUSINESS SERVICES, GPS ENVIRONMENTAL
CONSULTANTS, INC.,
HILLMANENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, INC., LAW
ENGINEERING P.C., MERRILL LYNCH & CO,
INC., NEW YORK CITY SCHOOL
CONSTRUCTIONAUTHORITY, NEW YORK
UNIVERSITY, ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC, THAMES REALTY
CO, TRC ENGINEERS, INC., TRIBECA
LANDING L.L.C., TRIO ASBESTOS REMOVAL,
TUCKER ANTHONY, INC., VERIZON
COMMUNICATIONS, INC., VERIZON NEW
YORK, INC, VERIZON PROPERTIES, INC.,
WFP TOWER A CO., WFP TOWER A CO. G.P.
CORP., WFP TOWER A. CO., L.P., AND ZAR
REALTY MANAGEMENT CORP., ET AL,
                                           Defendant(s).
-----------------------------------------------------------------------X

C O U N S E L O R S :

PLEASE TAKE NOTICE that Defendant, HILLMANN ENVIRONMENTAL GROUP, LLC, (hereinafter HILLMANN) as and for it's response to the allegations set forth in the Complaint by adoption or Check-Off Complaint related to the Master Complaint filed herein and applicable to the above captioned matter hereby adopts all of the responses and all of the affirmative defenses contained in the Answer to the Master Complaint dated, filed and served August 2, 2007, *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21MC 102 (AKH).  The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.  Defendant, HILLMANN, also adopts the responses contained in any Amended Answer filed and served herein.

PLEASE TAKE FURTHER NOTICE that Defendant, HILLMANN, reserves the right to serve and file an amended answer and specifically reserves the right to interpose a cross claim against any and all co-defendants.

PLEASE TAKE FURTHER NOTICE that Defendant, HILLMANN, also adopts all affirmative defenses and the jury demand herein.

WHEREFORE, Defendant, HILLMANN, demands judgment dismissing the above captioned action against it along with the costs and disbursements of this action.

Dated:  White Plains, New York
        September 11, 2007

                                                        Yours, etc.,

                                                        **SAM ROSMARIN, PLLC**

                                                        By: _____
                                                        Salvatore J. Calabrese, Esq. (5133)
                                                        Attorneys for Defendant
                                                        HILLMANN ENVIRONMENTAL GROUP LLC
                                                        11 Martine Avenue – 9th Floor
                                                        White Plains, New York 10606

                                                        (914) 686-4000

TO:

Paul Napoli, Esq.
WORBY GRONER EDELMAN
NAPOLI & BERN, LLP
115 Broadway, 12th Floor
New York, New York  10006
(877) 982-4376
clopalo@napolibern.com

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York  10279
Liaison Counsel for Plaintiffs
 (212) 553-9206
cannata@cannatalaw.com

**SERVICE RIDER**

**1:21-mc-102 Notice has been electronically mailed to:**

Donna-Marie Baloy    Baloyd@wemed.com

Brian Andrew Bender    bbender@harrisbeach.com, jsavitsky@harrisbeach.com

Dror Bikel    dbikel@sralawfirm.com

Judith Rita Cohen    cohenj@dicksteinshapiro.com

James J. Coster    jcoster@ssbb.com, asnow@ssbb.com, bmeans@ssbb.com, jrubins@ssbb.com, managingclerk@ssbb.com, tbrock@ssbb.com

Defendants    bbrender@harrisbeach.com

Andrew Riggs Dunlap    adunlap@kirkland.com, kenymanagingclerk@kirkland.com

Thomas A. Egan    tegan@fzw.com, service@fzw.com

Virginia Goodman Futterman    vfutterman@londonfischer.com

Christian Holt Gannon    cgannon@smsm.com

Roman E Gitnik    rgitnik@lifflander.com

Stanley Goos    Jsavitsky@harrisbeach.com, sgoos@harrisbeach.com

Robert Allen Grochow    rgrochow@aol.com

Benjamin E- Haglund    bhaglund@daypitney.com

John J. Henry    jhenry@woh.com, clalyer@woh.com, jkroll@woh.com, lrice@woh.com, wnolan@woh.com

Hillman Environmental Group, LLC.    sam@rosmarinlaw.com

Michael D. Hynes    michael.hynes@dlapiper.com

Barry Mark Kazan    bkazan@ebglaw.com

Frank Joseph Keenan    keenan@methwerb.com

LeFrak Organization Inc.    bbender@harrisbeach.com

Richard Eric Leff    Rleff@mcgivneyandkluger.com

Lefrak Organization, Inc.     bbender@harrisbeach.com

Eric Foster Leon     eleon@kirkland.com, kenymanagingclerk@kirkland.com

Christopher Allen McLaughlin     christopherm@zegam.com

Anthony Molloy , III     amolloy@pattonboggs.com

Kevin Jude O'Neill     KJO@GOGICK.COM

Michael David Reisman     mreisman@kirkland.com, kenymanagingclerk@kirkland.com

Gail L. Ritzert     gail.ritzert@hrrvlaw.com, martha.raskin@hrrvlaw.com

Sam Rosmarin     sam@rosmarinlaw.com

Andrew John Scholz     ascholz@fzw.com, enolan@fzwz.com, service@fzwz.com

Louis Smith     smithlo@gtlaw.com, gtcourtalert@gtlaw.com, petersr@gtlaw.com

Lee Ann Stevenson     lstevenson@kirkland.com, kenymanagingclerk@kirkland.com

Howard F. Strongin     hstrongin@sralawfirm.com

Jill Suzanne Taylor     jtaylor@sralawfirm.com

James Edward Tyrrell , JR     jtyrrell@pattonboggs.com, jhopkins@pattonboggs.com, tsaybe@pattonboggs.com

Mark Joseph Weber     mweber@moundcotton.com

Todd E. Weisman     toddw@efwlaw.com

Robin Michel Wertheimer     robinwertheimer@hotmail.com

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK:   COUNTY OF WESTCHESTER:

    Cristina A. Villani, being duly sworn, says, I am not a party to the action, am over l8 years of age and reside at White Plains, New York.

    On September 11th, 2007 I filed with the USDC pursuant to ECF filing instructions under Case No.: 1:21-mc-00102-AKH and emailed a true copy of the annexed DEFENDANT HILLMAN ENVIRONMENTAL GROUP LLC NOTICE OF ADOPTION by electronic mailing the same to the following parties at their last known electronic mailing address:

Paul Napoli, Esq.
WORBY GRONER EDELMAN
NAPOLI & BERN, LLP
115 Broadway, 12th Floor
New York, New York  10006
(877) 982-4376
ShelleneBousher@NapoliBern,com

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C.
233 Broadway, 5th Floor
New York, New York  10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, New York  10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com

All parties indicated on the
**SERVICE RIDER**

                                                         Cristina A. Villani

Sworn to before me this
11th day of September 2007

Charlene S. Rogers
Notary Public
No. 01RO 4703494
Qualified in Westchester County
Commission Expires 11/30/09