Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants: New York University and
New York University Real Estate Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)
                                                      07 CV 4510 (AKH)
------------------------------------------------------------------------ X
GUELMER RENDON,

                              Plaintiff,

-against-

NEW YORK UNIVERSITY and NEW YORK
UNIVERSITY REAL ESTATE
CORPORATION,

                              Defendants.
------------------------------------------------------------------------ X

**NOTICE OF THE NYU DEFENDANTS' ADOPTION OF ANSWER TO MASTER COMPLAINT**

PLEASE TAKE NOTICE THAT defendants NEW YORK UNIVERSITY and NEW YORK UNIVERSITY REAL ESTATE CORPORATION (collectively referred to herein as the "NYU Defendants"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the NYU Defendants' Answer to Master Complaint, dated August 3, 2007, that was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the NYU Defendants demand judgment dismissing the above-

captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
        September 12, 2007

                                                WADE CLARK MULCAHY

                                                /s/
                                                _____
                                                By: Robert J. Cosgrove (RC 8917)
                                                Cheryl D. Fuchs (CF 1116)
                                                Attorneys for NYU Defendants
                                                111 Broadway, 9th Floor
                                                New York, New York 10006
                                                (212) 267-1900

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on September 12, 2007, deponent served the within **Notice of NYU Defendants' Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by United States prepaid mail:

TO:

| | |
|---|---|
| Gregory J. Cannata, Esq.<br>THE LAW FIRM OF GREGORY J. CANNATA<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 | Robert Grochow, Esq.<br>ROBERT A. GROCHOW, P.C.<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 |
| David Worby, Esq.<br>WORBY GRONER EDELMAN & NAPOLI BERN, LLP<br>Plaintiffs's Liaison Counsel<br>115 Broadway<br>New York, NY 10006 | James E. Tyrrell, Jr., Esq.<br>PATTON BOGGS LLP<br>Defendants' Liasion Counsel<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ  07102 |
| Richard Williamson, Esq.<br>FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP<br>Defendants' Liaison Counsel<br>One Liberty Plaza<br>New York, NY 10006 | WILSON ELSER, ET AL<br>Attorneys for Battery Park City Authority<br>3 Gannett Drive<br>White Plains, NY 10604 |
| ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 | ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead 110 Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 |

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/

_____
Sibil Miranda

Sworn to before me this
12th day of September 2007

/s/

_____
Notary Public