UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
:
-----------------------------------------------------------------X
GUELMER RENDON,                         : 07-CV-4510-AKH
:
           Plaintiff,                   :
                                        : **APPEARANCE**
    - against -                         :
                                        :
100 CHURCH, LLC, *et al.*,              : **ELECTRONICALLY FILED**
                                        :
           Defendants.                  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                DICKSTEIN SHAPIRO LLP
        October 3, 2007


                              By:   /s/ Judith R. Cohen_____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.


DOCSNY-271918v01