KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
GUELMAR RENDON,                              DOCKET NO:
                                             07 CV4510

                Plaintiff,

   -against-

100 CHURCH, LLC, 120 BROADWAY
CONDOMINIUM (CONDO #871), 120
BROADWAY HOLDING, LLC, 120
BRODWAY PROPERTIES, LLC, 120
BROADWAY, LLC, 120 LIBERTY STREET
LLC, 45 WALL STREET, LLC, 715 REALTY       NOTICE OF
CORP., AMBIENT GROUP, INC., AMG            APPEARANCE
REALTY PARTNERS, L.P., BANKERS
TRUST COMPANY, BANKERS TRUST CORP.,
BANKERS TRUST NEW YORK CORPORATION,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871), BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CITIBANK, NA, CUNNINGHAM
DEPARTMENT OF BUSINESS SERVICES,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,

GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, INC.,
LAW ENGINEERING, P.C., MERRILL LYNCH
& CO, INC., NEW YORK CITY SCHOOL
AUTHORITY, NEW YORK UNIVERSITY,
ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC, SILVERSTEIN PROPERTIES, INC.,
THAMES REALTY CO., TISHMAN INTERIORS
CORPORATION, TRC ENGINEERS, INC., TRIBECA
LANDING, LLC., TRIO ASBESTOR REMOVAL,
TUCKER ANTHONY, INC., US GOVERNMENT,
VERIZON NEW YORK, INC., WFP TOWER A
CO., WFP TOWER A CO., G.P., WFP TOWER
A CO., LP., and ZAR REALTY MANAGEMENT
CORP., ET AL
                              **Defendants.**
..................................................................x

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for:

   **CUNNINGHAM DUCT WORK s/h/i/a
   CUNNINGHAM DUCT CLEANING CO., INC.**

   I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 14, 2008

                                            Kevin G. Horbatiuk
                                            Kevin G. Horbatiuk (KGH4977)
                                            Attorneys for Defendant
                                            **CUNNINGHAM DUCT WORK s/h/i/a
                                            CUNNINGHAM DUCT CLEANING
                                            CO., INC.**
                                            RUSSO, KEANE & TONER, LLP
                                            26 Broadway, 28th Floor
                                            New York, New York 10004
                                            (212) 482-0001
                                            RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiff
      **GUELMAR RENDON**
      115 Broadway - 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 14th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**GUELMAR RENDON**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
KEVIN G. HORBATIUK