KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------x

| | |
|---|---|
| GUELMAR RENDON,<br><br>                    Plaintiff,<br><br>     -against-<br><br>100 CHURCH, LLC, 120 BROADWAY CONDOMINIUM (CONDO #871), 120 BROADWAY HOLDING, LLC, 120 BRODWAY PROPERTIES, LLC, 120 BROADWAY, LLC, 120 LIBERTY STREET LLC, 45 WALL STREET, LLC, 715 REALTY CORP., AMBIENT GROUP, INC., AMG REALTY PARTNERS, L.P., BANKERS TRUST COMPANY, BANKERS TRUST CORP., BANKERS TRUST NEW YORK CORPORATION, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE 120 BROADWAY CONDOMINIUM (CONDO #871), BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CITIBANK, NA, CUNNINGHAM DEPARTMENT OF BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, | DOCKET NO:<br>07 CV4510<br><br><br><br><br><br>NOTICE OF<br>ADOPTION OF<br>ANSWER TO<br>MASTER COMPLAINT |

KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER              21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
GUELMAR RENDON,                                 DOCKET NO:
                                                06CV4510
                Plaintiff,

    -against-

100 CHURCH, LLC, 120 BROADWAY
CONDOMINIUM (CONDO #871), 120
BROADWAY HOLDING, LLC, 120
BRODWAY PROPERTIES, LLC, 120
BROADWAY, LLC, 120 LIBERTY STREET
LLC, 45 WALL STREET, LLC, 715 REALTY          NOTICE OF
CORP., AMBIENT GROUP, INC., AMG                ADOPTION OF
REALTY PARTNERS, L.P., BANKERS                 ANSWER TO
TRUST COMPANY, BANKERS TRUST CORP.,            MASTER COMPLAINT
BANKERS TRUST NEW YORK CORPORATION,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO #871), BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CITIBANK, NA, CUNNINGHAM
DEPARTMENT OF BUSINESS SERVICES,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,

GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
JONES LANG LASALLE AMERICAS, INC.,
JONES LANG LASALLE SERVICES, INC.,
LAW ENGINEERING, P.C., MERRILL LYNCH
& CO, INC., NEW YORK CITY SCHOOL
AUTHORITY, NEW YORK UNIVERSITY,
ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC, SILVERSTEIN PROPERTIES, INC.,
THAMES REALTY CO., TISHMAN INTERIORS
CORPORATION, TRC ENGINEERS, INC., TRIBECA
LANDING, LLC., TRIO ASBESTOR REMOVAL,
TUCKER ANTHONY, INC., US GOVERNMENT,
VERIZON NEW YORK, INC., WFP TOWER A
CO., WFP TOWER A CO., G.P., WFP TOWER
A CO., LP., and ZAR REALTY MANAGEMENT
CORP., ET AL
                              **Defendants.**
..................................................................x

    **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102(AKH).

    **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
       January 14, 2008

                                        <u>Kevin G. Horbatiuk</u>
                                        Kevin G. Horbatiuk (KGH4977)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a**
                                        **CUNNINGHAM DUCT CLEANING**
                                        **CO., INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiff
         **GUELMAR RENDON**
         115 Broadway - 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 14th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**GUELMAR RENDON**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK