Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendant:
45 Wall St. L.L.C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
-----------------------------------------------------------X   21 MC 102(AKH)
GUELMER RENDON,

         Plaintiff(s),   07CV4510 (AKH)

 -against-          NOTICE OF ADOPTION OF
                 ANSWER TO MASTER
100 CHURCH, LLC, et al.       COMPLAINT

         Defendant(s).
-----------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendant, **45 WALL ST. L.L.C. s/h/a 45 WALL STREET LLC** (hereinafter referred to as "45 WALL") by it's attorney, Frank A. Scanga, Esq., as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts it's Answer to the Master Complaint dated, filed and served January 16, 2008, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.

  **PLEASE TAKE FURTHER NOTICE** that defendant, 45 WALL, reserves the right to

serve and file an amended answer and specifically reserves the right to interpose a cross-claim against any and all co-defendants.

**PLEASE TAKE FURTHER NOTICE** that defendant, 45 WALL, also adopts all affirmative defenses and the jury demand herein.

**WHEREFORE**, the defendant, 45 WALL demands judgment dismissing the above-captioned actions as against it together with it's costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
January 14, 2008

                                               FRANK A. SCANGA, ESQ.
                                               Attorney for Defendants,
                                               45 Wall St. L.L.C.
                                               477 Madison Avenue
                                               21st Floor
                                               New York, New York 10022
                                               (212) 758-4040

                            By: _____
                                     Frank A. Scanga (FS 1460)

To:    Worby Groner Edelman & Napoli Bern
        115 Broadway, 12th Floor
        New York, NY 10006
        (212) 267-3700

        Robert A. Grochow, Esq.
        233 Broadway, 5th Floor
        New York, New York 10279
        (212) 608-4400

        Gregory J. Cannata, Esq.
        233 Broadway, 5th Floor
        New York, New York 10279
        (212) 553-9206